UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION NO. 3:16-CV-1934 (RNC) |
| v. | : | |
| JAMES DZURENDA, ET AL. | : | June 28, 2017 |

### CONSENT MOTION FOR PERMISSION TO EXCEED PAGE LIMITATION FOR PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 7(a)(3) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiff Jane Doe moves for permission to exceed the Court's 40-page limit for Plaintiff's 100-page Memorandum in Opposition to Defendants' Motion to Dismiss ("Opposition") submitted herewith. Counsel for the Defendants consent to this request. In support of this Motion the Plaintiff represents the following:

1. Plaintiff's complaint alleges ten separate claims. It seeks damages for violations of the Juvenile Justice and Delinquency Prevention Act ("JJDPA"), Prison Rape Elimination Act ("PREA"), Americans with Disabilities Act ("ADA"), Rehabilitation Act of 1973 ("Rehab Act"), Due Process under the Fourteenth Amendment of the United States Constitution, and the Eighth Amendment as applied by the Fourteenth Amendment of the United States Constitution.

2. Defendants' Motion to Dismiss asserts several separate theories for why the claim should be dismissed, including waiver, res judicata, collateral estoppel, the *Rooker-Feldman* doctrine, failure to state valid claims for relief under the PREA, JJDPA, ADA and Rehab Act, sovereign immunity, Eleventh Amendment immunity, absolute immunity, and qualified immunity.

3. The theories asserted in Defendants' Motion to Dismiss are difficult and complex, involve issues of public importance that warrant careful briefing, there is a lot of case law and legislative history that Plaintiff's counsel believe they should bring to the Court's attention, and response to Defendants' Motion to Dismiss also requires substantial discussion of the facts. Plaintiff believes that the additional length requested is useful for the development of the arguments.

4. Rule 7(a)(3) of the Rules of the United States District Court for the District Court of Connecticut state that memoranda shall not exceed forty pages except by permission of the court.

WHEREFORE, the Plaintiff requests permission to file the attached brief and appendix.

Respectfully submitted,

THE PLAINTIFF


/s/ David N. Rosen
David N. Rosen
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
(203) 789-1605 Fax
CT00196
drosen@davidrosenlaw.com

Sarah French Russell
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Ave.
Hamden, CT 06518
(203) 382-3238
(203) 582-3237
CT26604
sarah.russell@quinnipiac.edu

2