# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | Civil Action No.: 3:16cv01934 (RNC) |
| | : | |
| V. | : | |
| | : | |
| JAMES DZURENDA, ET AL. | : | May 29, 2018 |

## NOTICE OF ADDITIONAL AUTHORITY

Plaintiff gives notice of the attached decisions in *New York State Citizens' Coalition for Children v. Poole*, 14-2919-cv (2d Cir. Apr. 19, 2019) and *Charles v. Orange County*, 17-3506-pr (2d Cir. May 24, 2019), which both reversed trial courts that granted motions to dismiss. The decisions address several issues raised in Plaintiff's Opposition to Defendants' Motion to Dismiss in this case, Dkt. # 39: *New York State Citizens' Coalition for Children* concerns whether and to what extent Spending Clause legislation can create rights enforceable through Section 1983; and *Charles* concerns what allegations are necessary for a former prisoner to state a Fourteenth Amendment substantive due process claim under Section 1983.

Respectfully submitted,

THE PLAINTIFF

/s/ David N. Rosen
David N. Rosen
Alexander T. Taubes
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
(203) 789-1605 Fax
CT00196
CT30100
drosen@davidrosenlaw.com
ataubes@davidrosenlaw.com

1

Sarah French Russell
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
(203) 382-3238
(203) 582-3237
CT26604
sarah.russell@quinnipiac.edu